UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BRUNDAGE DISCOUNT, INC, et al,<br><br>　　　　　　　Defendants. | Case No. 1:20-cv-01730 NONE JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br><br>(Doc. 7) |

　　　The plaintiff reports that he has settled this matter and indicates he will seek dismissal of the action soon. (Doc. 7) Thus, the Court **ORDERS**:

　　　1.　　The stipulation to dismiss the action **SHALL** be filed **no later than March 5, 2021**;

　　　2.　　All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

　　Dated:　**January 15, 2021**　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE