# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BRUNDAGE DISCOUNT, INC, et al,<br><br>　　　　　　Defendants. | Case No. 1:20-cv-01730 NONE JLT<br><br>**ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE AND TO CLOSE THE CASE**<br><br>(Doc. 10) |

The plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1(A)(1).  (Doc. 10) Accordingly, the Clerk of Court is DIRECTED to assign a district judge for the purpose of closing this case and then to close this action.

IT IS SO ORDERED.

　　Dated:　**February 8, 2021**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE